IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: Alan David Foltz and Stephanie Gerald Foltz          CASE NO:   6:10-bk-70364 T
                                                                       Chapter 13

CHAPTER 13 ORDER DISMISSING CASE
FOR VIOLATING STRICT COMPLIANCE ORDER

COMES NOW THE COURT and finds that an order was entered in the above styled case on May 04, 2010, requiring the debtor to make specific payments to the Trustee. The order further provided that the case was to be dismissed if payments were not submitted as required. The court finds that the payments have not been submitted as required and, therefore, the case should be, and hereby is, dismissed for failure of the debtor to comply with the court's order of May 04, 2010.

IT IS SO ORDERED.

Date: 08/02/2010                                            /s/ Richard D. Taylor
                                                            Richard D. Taylor
                                                            U.S. Bankruptcy Judge


cc:   Jack W Gooding, Trustee

      Dickerson Law Firm (Ach)
      P O Box 6400
      Hot Springs, AR  71902-6400

      Alan David Foltz and Stephanie Gerald Foltz
      827 Clardy St
      Malvern, AR  72104

      All Creditors

JN     /195